IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RICHARD FREHAFER,** | : |
| Petitioner | : |
| | : **CIVIL ACTION NO. 3:16-CV-0046** |
| v. | : |
| | : (Judge Caputo) |
| **PA DEPARTMENT OF CORRECTIONS,** *et al.,* | : |
| Respondents | : |

# O R D E R

**AND NOW**, this **6th** day of **FEBRUARY**, **2018**, upon consideration of Mr. Frehafer's petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, and the parties' briefs, based on the accompanying Memorandum, it is **ORDERED** that:

1. The Petition (ECF No. 1) for a writ of habeas corpus filed under 28 U.S.C. § 2254 is **DENIED** as time-barred.

2. A certificate of appealability is **DENIED**.

3. The Clerk of Court shall **CLOSE** this case.

                                                              /s/ A. Richard Caputo
                                                              **A. RICHARD CAPUTO**
                                                               **United States District Judge**